IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LARRY UPRIGHT**, an individual

  **Plaintiff,**

vs.           CASE NO.: 4:07-CV-32-SPM/WCS

**PALMER-HARRELL BUICK, INC.,**
a Florida corporation, and
**LEGACY HYUNDAI, LLC,**
a Florida Limited Liability Corporation,

  **Defendants.**
_____/

## ORDER DISMISSING CASE

  **THIS CAUSE** comes before the Court upon the "Notice of Settlement" (doc. 31) filed July 6, 2007. Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby

  **ORDERED AND ADJUDGED** that this case is *dismissed* and all pending motions are denied as moot. The Court retains jurisdiction solely for the purpose of determining the amount of plaintiff's attorney's fees.

  **DONE AND ORDERED** this <u>eighth</u> day of June, 2007.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge